# EXHIBIT A

From: █████████████████████
Date: Tuesday, January 3 2023 at 1:40 PM EST
Subject: Update MrBeast Burger
To: mrbeastcompanyofficial@gmail.com, contact@mrbeastbusiness.com, contact@beastphilanthropy.org, darren@beastphilanthropy.org, mrbeast@nightmedia.co, support@shopmrbeast.com

My children adore and love watching Mr Beast videos daily.  This is not a complaint or grab for attention or money back. It's more to make you aware of a situation that may be tarnishing your name with a product that just is being misrepresented. On December 30th my son, 11 and daughter, 8 planned out an evening with their father and it consisted of introducing me to Mr Beast while eating MrBeast Burgers.  Sounded like a good plan to me, so I first tried to help them with the App which continued to say it was not available in my country, the USA. After a while, I decided to just order through Mrbeastburger.com.  This went fairly well but after the order was placed over I noticed that I could not tip the driver which ended up being Uber picking up the order.  I ended up paying cash to the driver but I'm not sure how often this happens or if it was a glitch. Drivers may not want to pick up orders because of this which delays your food being delivered in a timely manner.

I like the concept of Virtual Dining and have been in the know about this for years since my good friend is an EVP at Red Lobster. After the order, I was given an address that I was able to trace back to a 7-11 in Winter Springs, Florida. After witching and learning more about Mr. Beast, I just don't see how a place like 7-11 should be preparing and serving $10.00 burgers and expensive fries for a figure so well known and loved by so many people especially when they arrive in a white plastic bag with white generic Styrofoam containers and no pickles or any condiments on the Beast Fries. With that being said, I did not want to bring any attention to this with my kids or bring down their excitement.  I just know by the look of disappointment on their faces when the food arrived and how items were missing upset them.  Prior to delivery they were showing me pictures of other delivered Mr Beast food and what it looks like so this is how I knew they were sad.  They quickly got over it and ate their food. I did not want to take pictures of their food or talk about it so that's why I only took photos after we ate.  I'm not even going to get into how everything tasted, Its just the misrepresentation that I am saddened by and how it let me children down.

If there is a small chance that this may get read or anything be done about this situation with improving quality control over an excellent idea and concept, it will make this all worth it.

Regards,




