# EXHIBIT B

# MrBeast Burger

## Reviews by platform



# YouTube Reviews

# The Deceptive World of Ghost Kitchens



Link to
review: 

# MrBeast Burger Caught Serving RAW MEAT...



Link to
review: 

# We Ordered MrBeast Burger & it was a DISASTER!



Link to
review: 

# trying the WORST restaurant in Los Angeles



Link to
review: 

# MR BEAST BURGER IS GROSS



Link to
review:  

# MrBeast Burger is Disgusting



Link to
review: 

# Underwhelming MrBeast Burger - Raw Meat



Link to
review: 

# Mr Beast Burger (Raw Patty)



Link to
review: 

# MrBeast Burger is Raw



Link to review: 

# MrBeast Burger Review - Worst Burger Ever



Link to
review: 

# Mr. Beast Burger Review - It's a Terrible Meme Burger



Link to review: 

# MrBeast Is Being CANCELLED Over Burgers



Link to review: 

# MR. BEAST BURGER SUCKS!! AND HERE'S WHY!



Link to review: 

# MrBeast Burger MESSED UP? MrBeast Responds to Angry Fans



Link to review: 

# We TASTED Mr. Beast Burger Restaurant... (Here's what happened...) *FULL MENU*



Link to review: 



# Reddit Reviews

# Raw and Disgusting

 **Appropriate-Review22** · 2 yr. ago

Got the burger today. It was so fucking raw and disgusting that when I took the top bun off half the burger peeled off. Thank god I was going to add more pickles instead of just going for a bite. I got a full refund. I wish I could add a pic...lol it's sooooo bad

↑ 1 ↓     💬 Reply  Share  ···


**View Entire Discussion (119 Comments)**

<u>Link to review:</u> 

# MrBeast Burger is gross

 ANJ___ · 2 yr. ago

literally took 1 bite of my burger and googled 'MrBeast Burger is gross.' Fries were super underdone, and by the time they got here they were in a bag made translucent from the grease and they were all smushed together making one big fry puck. The food was cold and didn't taste fresh at all. It was by far the worst burger and fries I've ever had.

Granted, I didn't expect much from a delivery only burger joint, risky move, and ontop of that the place is like a 15 min drive from my house and when the order said it was on the way the app then told me that the delivery man was making 1 stop before me.... in the opposite direction of where I live. Fuck me right? Terrible first experience... first and last though.

⬆ 1 ⬇   💬 Reply   Share   ...


View Entire Discussion (119 Comments)

Link to
review: 

# MrBeast Raw Burger

Ordering a burger from Mr beast and it being raw and missing ingredients.



Link to
review: 

# MrBeast Raw Burger

MrBeast Raw



Link to
review:



# The Chicken Sandwich I got from Mr Beast Burger today

The Chicken Sandwich I got from Mr Beast Burger today



Link to
review: 

# Raw Meat

Finally ordered our first Mr. Beast burger and then realized after the first bite that it was mostly just raw meat :(






Link to review: 

# I Ordered MrBeast Burger...



Link to
review: 

# Raw Meat for my sons birthday



Link to
review: 

# No QC and lack of Food Safety

 LetterToAThief **OP** · 1 yr. ago

I know Jimmy is a friend of the show, but his restaurant venture seems pretty shitty if he didn't do his due diligence on employing the right kitchens. Ghost kitchens are notorious for flying under the radar on food safety and cleanliness because there's less of a chance of being reported without a dining area (unless it's egregious, as seen here.)

 **13**   ⬇   Share   ⋯

Link to review: 



# Yelp Reviews

# Burnt Burger



**Mike A.**
Edmonds, WA
📷 0   ⊕ 4   🖼 4

  7/31/2022

📷 2 photos

Burger that was burnt. All four burgers looked like this. There is no contact information to receive feedback. No drinks were delivered for the combos ordered.



Burnt burger. This was supposed to be a d...



Burger that was burnt

Link to review:  

# Stomach Issues



**Ash S.**
PA, PA
📷 0   🎞 1

 8/14/2022

Nope absolutely just a nope...
VEGETARIANS, GLUTEN FREE, AND OTHER FOOD ALLERGY FOLKS BEWARE!!!!

My boyfriend and I ordered from MrBeast Burger on DoorDash and I am a vegetarian so I ordered the Impossible Chandler burger with the plant based patty and cheese, with the added lettuce and onion option. My boyfriend got a beast style burger that contains a regular beef patty, cheese, lettuce and onions. We both got very similar orders of burgers and first off the wrong order was given to use, I am guessing they gave us the Chris burger, which contained Bacon! I did not eat my order because they already messed up the order so I did not know if the patty itself was a regular or a plant based burger or not. Secondly if you have a business and/ or a restaurant that strives on providing food for all kinds of allergies, and the fact that it is online only, you need to be able to tell which burger/ food is which!! If you and/ or your partner/spouse/kids/ friend etc. has a food allergy or different food (animal) views than the other and you order burgers that are similar, there is nowhere on the box does it say which one is the impossible burger. THIS IS A SAFETY HAZARD!! because if god forbid someone accidently eats the wrong burger because they don't tell you on the box or anywhere, you can seriously sicken or even kill someone.

DO NOT ORDER FROM MRBEAST BURGERS!!!

Link to
review: 

# Worst Chicken Sandwich Ever, Rock Hard



**Fish L.**
OH, OH
⬚ 0  ⭐ 1

 1/4/2022

I was exited to try their burger for the first time and so me and my mom and my sister ordered these burgers for lunch and first of all they sent me the wrong order and never gave me the water or the other stuff I ordered and they gave me chicken sandwiches instead of burgers and those were the worst chicken sandwiches I'd ever eaten!! My mom was extremely disappointed and the chicken was dry like it was cooked a week ago and than put into freezer!! And the fries was cold and rock hard.

Link to review: 

# Wouldn't feed it to my Dog



**Alexis R.**
Pasadena, CA
⊡ 0   ⊡ 25   ⊡ 10

 1/2/2022

Awful all around. The quality of this is literally garbage I wouldn't even give it to my dog. Fries were over cooked and had no seasoning whatsoever. The burger was soggy & the meat is such bad quality it was chewy. Don't come here!!!

Link to
review: 

# Tough as Shoe Leather



**Mary-Anne M.**
East Hartford, CT
⌸ 5  ✦ 6

  11/11/2021

No...no..no....truly disappointed ...thick bun..no flavor.dry..dry....filled with 2 small chicken tenders.. maybe 3/4 inch by 2....and tough as shoe leather...chicken tasted like it was cooked the day before...maybe 2 days ago...maybe a 1/4 teaspoon of mayo...2 paper thin small pickle circles..and about 1/10 cup of shredded lettuce..  yuck..yuck...threw in trash...fries were undercooked...seasoned fries???2 thin pickle slices. And maybe small 1/4  teaspoon of mayo...nothing else..and undercooked....burger was so small we thought it was missing....paid extra for carmelized onions..no where to be found..  awful.. just awful....supposed grilled cheese had 1 piece of cheese..not melted...on terrible dried out hard bread....and cookies....store brought all the way..for the price of 2 I could have brought a whole bag....

<u>Link to review</u>: 

# Business won't last long



**Mazen K.**
San Francisco, CA
⊡ 0   ⊡ 2

   12/30/2020

No good.
The burger was extremely salty to the point of being inedible. The burger was smashed and looked nasty. The fries were cold and seasoning was too spicy.
Sorry but I don't think he will last too long unless he makes drastic changes.

Link to
review:   

# We're all sick



**Nicholaus H.**
MD, MD
⊡ 0   ⊛ 1

 11/20/2021

First time customer, for the Waldorf, md delivery location. I ordered 7 hamburgers all the same except one, all were missing browned onions, and other stuff, all were cold, all tasted worse than a McDonald's hamburger, and I don't like McDonald's Donald hamburgers nor do I buy them but compared to this I would buy McDonald's hamburgers. Worst worst hamburgers and on top of that we only ate them about 4 hours ago and we all are starting to fill a little sick. For $70 I could have gone gourmet at any sit down resistant and gotten much more for the money. I wish there was a way that Mr best burger could correct this, I rarely write negative reviews, but this definitely called for it. I highly suggest no one support this hipped up company, seems more like a fly by night company.  Like seriously $8-12 for only a mass produced frozen burger, you got me once but never again. DONT BUY DONT WASTE your money. I will update if I hear anything from the company.

Link to
review: 

# The Food Quality is Awful



**Bob Y.** Elite 2023
Palos Verdes Estates, CA
106   131   57

 6/13/2021

I do not recommend this place.
The food quality is awful. The meat and fries are so overcooked it may as well be burnt tires with a lot of sauce. The quality control of the food is non-existent.

Note: this is a virtual kitchen concept, so YMMV, by location.
This location, inside Bucca Di Peppo,  is awful.

Lastly, we waited 40 minutes for our food. This is fast food right? We ordered ahead on the website. Got a confirmation via email it would be ready by 1:24. We got there at 1:30, 25 minutes later still waiting waiting waiting.

DO NOT ORDER FROM HERE!
Do yourself a favor and go next door.

Link to
review: 

# Hair in my Burger



**Sheila S.**
South Redondo, Redondo Beach, CA
📷 1   ⏱ 10   🖼 18

 7/22/2021

📷 1 photo

Avoid! First time ordering from this place with Uber Eats. It was 4.5 starts on Uber Eats. Very misleading! My daughter ordered the beast style burger combo and unfortunately, after she had eaten most of it. Found a hair in the burger. Absolutely disgusting.



Beast style burger combo with hair that w...

Link to
review: 

# Everything Charred



**Aldwin P.**
Carson, CA
📷 30   ▶ 5   🖼 1

   4/30/2021

📷 1 photo

Ordered online and got charged about $23 in just tax/fee/tip alone.  Ok, I guess fair enough since I'm being lazy to pick it up, but I'm just showing you what to expect.  So I made a request not to include pickles and mustard on the Beast style fries. Guess what, there are pickles and mustard.  C'mon man!  Oh and let's talk about the Beast Burger pictured below, that wasn't a special request either!  Talk about well done!  Burned bread and patties. Probably the first and last time I'll order. *sigh*



Link to
review:   

# Uncooked Beef



**Lindsay K.**
Laurinburg, NC

10    18    7

⭐☆☆☆☆  8/2/2021

📷 1 photo

Finally gave in to take my kids, got home and the burgers were barely cooked. Such a waste of time and money. Silver lining/ the kids seem less excited to watch Mr. Beast so maybe I'll get relief from that show



Link to review: 

# Raw Chicken Sandwich



**Chandra S.**
Mount Laurel, NJ
📷 0   ▶ 1   🖼 2

 12/21/2020

📷 2 photos

My son tried this new place called Mr. Beast Burger today. Being that they are new, the only way he could get it was by it being delivered through a 3rd party affiliate (GrubHub). What he received was beyond disgusting. The chicken was not even cooked. He could not find a phone number online to reach out to the company so he DM'd their IG acct.  Attached is the response and a picture of the food. For all the people that are looking forward to trying this restaurant, check it before you bite into it. They also sent him the wrong order of fries.



Raw chicken sandwich from Mr. Beast Bur...



Mr Beast Burger response to sending out r...

Link to
review: 

# Raw Nashville Chicken



**Grant Y.**
Fresno, CA
📷 0   ⊙ 1   📷 2

⭐ 1/27/2021

📷 2 photos   ⊙ First to Review

First time ordering and chose to get the Nashville chicken sandwich and got a whole raw chicken instead



First bite of chewy raw chicken



Full dissection of the meat. Not even atte...

Link to
review: 

# Hopefully no one gets sick



**Andrew N.**
San Diego, CA

⊡ 353   ⊡ 24   ⊡ 6

 4/18/2021

📷 3 photos   ⓘ First to Review

As seen in the photos, raw chicken and raw burger patty. Took a bite of the chicken too. Hopefully I and no one else gets sick. Not sure what happened in the kitchen.

  

Link to
review: 

# Raw Chicken



**Bobby M.**
Bartlesville, OK
📷 0   ▶ 1   🖼 2

⭐ 10/12/2022



📷 2 photos

Not a smashed burger and very small. My wife's chicken sandwich was RAW!!! She took a bite before realizing it, I just hope she doesn't get sick.  The number you call to complain is a national number and disconnects when you try to get someone live. This was our first and only time trying MrBeast .





Link to review:



# Salmonella Sandwich



**Calvin C.**
Vancouver, BC
🗨 1   ▣ 12   🖼 17

 5/25/2022

📷 **1 photo**

Raw chicken served.
Chicken tenders in a burger with basic sauce.
Wouldn't order again even if they didn't attempt to give me salmonella.



Raw chicken served for nashville hot chick...

Link to
review: 



# Google
# Reviews

# Not worth the money

 TJ Brandreth

⭐ ☆ ☆ ☆ ☆   11 months ago

Order has been wrong three times now. Food is cold and drenched in mayo. This last time I ordered their Crispy Chicken Tender Sandwich - it was literally just fried pieces of batter, no chicken. It took 1.5 hours to get our order! This place is not worth the money or the wait. You're better off ordering from literally anywhere else.

<u>Link to review:</u> 

# Never had something so nasty

 S Sp

 5 months ago

Gross never had something as nasty as this. You can make better burgers at home

<u>Link to review:</u> 

# Bug in my sandwich

 Mary Lueckemeyer

★☆☆☆☆   11 months ago

A black bug came out of my chicken sandwich .
I pick it out and threw it in my sink and it made a thud
sound . I am so upset , i threw this 18 dollar sandwich in
the trash !!!! DO NOT ORDER FROM THERE

<u>Link to
review:</u> 

# Fan of MrBeast but this is just terrible

 Alex Hermenegildo

★ ★ ★ ★ ★   a year ago

Food was just terrible, big fan of Mr.beast but the food was cold and just was not good

Link to review: 

# Sad that MrBeast would put his name on this

 Sage Maier

★ ★ ★ ★ ★  6 months ago                                    ⋮

So disappointing. Fries were supposedly "seasoned" but tasted like soggy bland fries straight from the freezer section. Nashville hot spicy chicken sandwich was nothing like the picture. No spice and was poorly put together. Stale bun as well. I won't be ordering from here ever again, sad that Mr. Beast would put his name on this.

<u>Link to review:</u> 

# Cold and Soggy

 Aries Luis

 4 months ago

I placed an order through Uber Eats yesterday, it shows it would be ready in 15 minutes, so I arrived 20 minutes after and the lady said my order will take 10-15 more minutes. Just change the tablet time setting to let customers know how long food will be ready to pick up. Burger was cold, and fries soggy, so disappointed of this place, no wonder why it had so many 1 stars

<u>Link to review:</u> 

# Who runs this place

 Sugar Sweet

 a year ago

Do not order from mrbeast burger. The people that work there are rude and can't get an order right. they have a flawed system. youtubers can't run food businesses. you will waste your money. we ordered went to pick it up and they said they didn't get an order? what? and they said they couldn't do anything about it while being rude.

Link to
review: 

# Dumpster Fire with Raw Burgers

 Kelly Alarie

 5 months ago

Wish I read the reviews before I ordered. Over priced s**t. I was missing items which was over $12 worth. The burger I did get was raw and the fries were old and disgusting. $66 worth of s**t I could of dug out the dumpster, thats how bad it was. It did all go in the trash. And no one to answer any calls and left several messages.

<u>Link to review:</u> 

# Please just go to McDonalds



Brogan Buchanan

 11 months ago

The chicken tasted like like it was cooked with something else and the burger meat was just awful and then there was the grilled cheese it tasted alright but we paid 7 dollars for a sandwich that cost maybe a dollar to make when you go here you aren't paying for quality you're paying for the brand name just go to McDonald's then at least then you're getting what you paid for

<u>Link to review:</u> 



# Twitter Reviews

# Worst burger I've ever had

 **LG**
@LG_LDN                                                                    ...

@MrBeastBurger Worst burger I've ever had. Patty was completely flat
and looked and tasted like rubber. Had to throw in bin. Please help



Link to
review: 

# Unacceptable as food



 Link to review:

# Undercooked Chicken & Beef

 **gemgar smoking**
@pigdotavi

Under-cooked chicken and ground beef only at Mr Beast burger! 300+ locations



Link to review: 

# Uncooked Bacon





# Way too many uncooked burgers



Link to
review: 

# Worst Experience, please work on the quality

 **Aaron King**
@aaronking                                    • • •

Replying to @MrBeast

Worst food experience we've ever had was from Beast Burger. My 2 little
girls were so disappointed. One got a grilled cheese sandwich that was
literally a piece of cheese between 2 pieces of bread uncooked. Might
want to work on the quality before you work on expanding.

4:08 AM · Jan 9, 2023 · **49** Views

Link to
review:   

# My 7 Year old ate MrBeast's raw chicken



Link to review: 

# MrBeasts Raw Chicken Sandwhich



Link to review: 

# MrBeast served me raw chicken



**The Bucket Hat Boys**
@BucketUpPodcast                                    ...

@MrBeast  you served me raw chicken from @MrBeastBurger  can you please make this right?



<u>Link to review:</u> 

# Check your quality! Raw Chicken



<u>Link to review:</u> 

# Absolutely horrible food safety from MrBeast Burger in Vancouver



Link to
review: 

# Completely Raw



Link to
review: 



**TikTok Reviews**

# Raw Burger



Link to
review: 

# Raw Meat



Link to
review: 

# Raw in the UK



Link to
review: 

# Raw Chicken



Link to review: 

# Everything is Raw



Link to review: 

# Do not eat from Beast Burger



Link to
review: 

# Horribly Undercooked



Link to
review: 

# What we ordered...what we got



Link to
review: 



# Other Reviews

# MrBeast Burger trends as Twitter roasts raw & uncooked food



Link to review: 

# Raw MrBeast Chicken Burger



Link to
review: 

# This Popular New Burger Chain Is Being Called Out for Terrible, Raw Food

**RESTAURANTS**

## This Popular New Burger Chain Is Being Called Out for Terrible, Raw Food

Customers have shared their gross experiences on Twitter.

By Mura Dominko / Published on May 18, 2021 | 4:25 PM

FACT CHECKED BY  FAYE BRENNAN





<u>Link to review:</u> 

# Twitch streamer loses it. MrBeast Quesadilla is the worst thing ever

ENTERTAINMENT  >  ENTERTAINMENT

## Twitch streamer loses it reviewing MrBeast's Shrek Quesadilla burger: "Worst thing ever"

Shay Robson | Published: Mar 20, 2022, 08:49 | Updated: Mar 20, 2022, 08:49

MRBEAST



Link to review: 

# Why Do Some Fans Not Like MrBeast Burger?



Link to review: 

# MrBeast Burger Joint has fans devided



Link to
review: 

# MR BEAST TRIED TO *POISON* ME! (RAW CHICKEN)



Link to
review: