# EXHIBIT C



**mrbeastburger** MUY PRONTO / COMING SOON: ¡ha llegado mr. beast burger a méxico🍔🇲🇽!

View all 1,401 comments

**mrbeastburger** @yamelpc23 finally!



