USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEAST INVESTMENTS, LLC,

      Plaintiff,

-against-

CELEBRITY VIRTUAL DINING, LLC, *et al.*,

      Defendant.

1:23-cv-6658 (MKV)

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

  This action was filed on July 31, 2023. [ECF No. 1.] Plaintiff asserts that this Court has subject matter jurisdiction to hear this matter under 28 U.S.C. § 1332(a)(1) because the Parties are completely diverse from one another. Compl. ¶ 9. The Complaint, however, does not properly state the citizenship of (i) the corporate parent of the Plaintiff LLC or (ii) Defendant Virtual Holdings. Compl. ¶¶ 11–13; *see* 28 U.S.C. § 1332(c)(1).

  Accordingly, IT IS HEREBY ORDERED that Plaintiffs are directed to show cause by August 15, 2023 why this case should not be dismissed for lack of subject matter jurisdiction. *See Flemming v. Port Authority of New York and New Jersey*, No. 21-CV-1112, 2021 WL 878558, at *1–2 (E.D.N.Y. Mar. 9, 2021).

**SO ORDERED.**

**Date: August 1, 2023**
**New York, NY**

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**