UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEAST INVESTMENTS, LLC,<br><br>                              *Plaintiff*,<br><br>- v. -<br><br>CELEBRITY VIRTUAL DINING, LLC,<br>VIRTUAL CONCEPTS HOLDINGS, INC., and<br>VIRTUAL DINING CONCEPTS, LLC,<br><br>                              *Defendants.* | Case No.   1:23-cv-06658-MKV<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Beast Investments, LLC and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Celebrity Virtual Dining, LLC, Virtual Concepts Holdings, Inc. and Virtual Dining Concepts, LLC.

Dated:   New York, New York
           August 14, 2023

FRANKFURT, KURNIT, KLEIN & SELZ, P.C.
By:   /s/ Maura J. Wogan
Maura J. Wogan, Esq.
Nicole Bergstrom, Esq.
28 Liberty Street
New York, NY 10005
(212) 826-5523
*mwogan@fkks.com*
*nbergstrom@fkks.com*

LAVELY & SINGER, P.C.
Michael E. Weinsten, Esq.
T. Wayne Harman, Esq.
2049 Century Park E., Suite 2400
Los Angeles, CA 90067
(310) 556-3501
*mweinsten@lavelysinger.com*
*wharman@lavelysinger.com*
*Attorneys for Plaintiff Beast Investments, LLC*